# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Guadalupe Benitez Alvarez<br><br>Date of Original Judgment: October 16, 2007<br>Date of Previous Amended Judgment: March 22, 2010<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 5:06-CR-285-1F<br>)<br>) USM No: 10245-033<br>)<br>) Alan DuBois<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____158_____ months **is reduced to** _____126 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 16, 2007 and March 22, 2010 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 2/6/15                          /s/ James C. Fox
                                                        Judge's signature

Effective Date: November 1, 2015        James C. Fox, Senior U.S. District Judge
              *(if different from order date)*            *Printed name and title*

EDNC Rev. 11/8/2011